**DISMISS and Opinion Filed June 28, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00448-CV**

**REBECCA DE LEON, Appellant**

**V.**

**DIVERITAS HOLDINGS, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17480**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

240448F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REBECCA DE LEON, Appellant

No. 05-24-00448-CV     V.

DIVERITAS HOLDINGS, LLC,
Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-21-17480.
Opinion delivered by Justice
Pedersen, III. Justices Partida-
Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee DIVERITAS HOLDINGS, LLC recover its costs of this appeal from appellant REBECCA DE LEON.

Judgment entered June 28, 2024